JANEWAY TOWING

v.

CREDIT CONNECTION AUTO SALES

**3175 EDA 2016**

Superior Court of Pennsylvania.

09/14/2017

No. 11–02715
(Montgomery)
Affirmed

IN the INT. OF: L.V.W., JR., a Minor

**3727 EDA 2016**

Superior Court of Pennsylvania.

09/14/2017

CP–45–JV–0000252–2014 (Monroe)
Affirmed

NEIFERT, G.

v.

SPEEDWAY LLC and
Tracey R. Correll

**1891 MDA 2016**

Superior Court of Pennsylvania.

9/14/2017

15–3929
(Berks)
Affirmed

COM.

v.

OGUEJIOFOR, E.

**27 MDA 2017**

Superior Court of Pennsylvania.

09/14/2017

CP–22–SA–0000173–2016
(Dauphin)
Affirmed

COM.

v.

SPINKS, T.

**1945 WDA 2016**

Superior Court of Pennsylvania.

09/14/2017

CP–20–CR–0000716–2014,    CP–20–CR–0001128–2014 (Crawford)

Affirmed